**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ORTIZ & ASSOCIATES CONSULTING, LLC, | |
| Plaintiff, | Civil Action No. 3:23-CV-00791-N |
| v. | |
| VIZIO, INC., | |
| Defendant. | |

**ORDER GRANTING DEFENDANT VIZIO, INC.'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS PURSUANT TO 35 U.S.C. § 285, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWER**

ON THE DATE SET FORTH BELOW came on for consideration Defendant VIZIO, Inc.'s Motion for Attorneys' Fees and Non-Taxable Costs Pursuant to 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent power. After consideration of VIZIO's motion, this Court is of the opinion that the motion should be GRANTED. It is therefore,

ORDERED that VIZIO's Motion for Attorneys' Fees and Non-Taxable Costs is hereby GRANTED, that this case is "exceptional" under 35 U.S.C. § 285, and that VIZIO shall be awarded attorneys' fees and non-taxable costs incurred in defending against this lawsuit.

It is further ORDERED that counsel for Ortiz & Associates Consulting, LLC be held jointly and severally liable with Ortiz for VIZIO's attorneys' fees and non-taxable costs incurred in defending against this lawsuit.

VIZIO is ordered to submit evidence regarding their fees within 14 days of this Order.

////

////

////

Signed this _____ day of _____, 2023.

                                                    _____

HONORABLE DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE