**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ORTIZ & ASSOCIATES CONSULTING, LLC, | |
| Plaintiff, | Civil Action No. 3:23-CV-00791-N |
| v. | |
| VIZIO, INC., | |
| Defendant. | |

**DEFENDANT VIZIO, INC.'S APPENDIX IN SUPPORT OF ITS
MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS PURSUANT TO
35 U.S.C. § 285, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWER**

Dated: November 15, 2023

*/s/ Steven W. Hartsell*
Paul J. Skiermont (TX Bar No. 24033073)
Steven W. Hartsell (TX Bar No. 24040199)
Michael D. Ricketts (TX Bar No. 24079208)
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Phone: (214) 978-6600
Fax: (214) 978-6601
pskiermont@skiermontderby.com
shartsell@skiermontderby.com
mricketts@skiermontderby.com

Rex Hwang (CA Bar No. 221079)
(*pro hac vice*)
SKIERMONT DERBY LLP
633 W. Fifth Street, Suite 5800
Los Angeles, CA 90071
Phone: (213) 788-4500
Fax: (213) 788-4545
rhwang@skiermontderby.com

*Attorneys for Defendant*
VIZIO, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2023, a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Steven W. Hartsell*